HONORABLE JEFF ARMISTEAD

Binah B. Yeung, OSB No. 194897
E-mail: byeung@cairncross.com
John R. Rizzardi, OSB No. 092144
E-mail: jrizzardi@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for AgWest Farm Credit, PCA

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| AGWEST FARM CREDIT, PCA,<br><br>　　　　Plaintiff-Counter-Defendant,<br><br>　v.<br><br>PETRO 49, INC.,<br><br>　　　　Counter-Claimant. | NO. NO. 3:24-CV-00565-AR<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** |

THIS MATTER comes before the Court upon Plaintiff/Counter-Defendant AgWest Farm Credit, PCA ("AgWest") and Counter-Claimant Petro 49, Inc.'s ("Petro") Stipulated Motion for Dismissal.  Having reviewed the Stipulated Motion, as well as the remainder of the record, and being fully advised of the premises and finding good cause to grant the relief requested, it is hereby:

ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED with prejudice and without an award of attorney's fees or costs to any party.

Dated this  8th day of October, 2025.

_____
Hon. Jeff Armistead
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL  - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 2nd Ave, Suite 500
Seattle, WA  98104
office 206 587 0700 fax: 206 587 2308